IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 8:08-CV-4048-HFF |
| RITA M. SHERLOCK, | ) ) | |
| Defendant | ) ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| RITA M. SHERLOCK, | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 1:09-CV-0143-HFF |
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, | ) ) ) ) | |
| Defendant | ) | |

## CONSENT ORDER DIRECTING THE SOCIAL SECURITY ADMINISTRATION ("SSA") TO DISCLOSE RECORDS REGARDING ANY APPLICATION FOR DISABILITY BENEFITS MADE BY MR. TOMMY O'HARA

Upon due consideration, the parties' consent motion for an order directing SSA to disclose any and all records pertaining to any application for disability benefits made by Mr. Tommy J. O'Hara (Social Security Number XXX-XX-7808) is **HEREBY GRANTED**. Pursuant to 20 C.F.R. §§ 401.180 and 401.190, SSA is **ORDERED** to disclose to the litigants any and all records pertaining to Mr. O'Hara's application(s) for disability benefits.

Occidental Life Insurance Company of North Carolina will serve a copy of this Order, the Court's Qualified Protective Order of May 19, 2009, and the attached subpoena upon:

MS. TOMMIE AARON, DISTRICT MANAGER

SOCIAL SECURITY ADMINISTRATION
115 ROBERT C. DANIEL PARKWAY
AUGUSTA, GA  30909

SO ORDERED, this 12th day of August, 2009.

                                          s/Henry F. Floyd
                                          HONORABLE HENRY F. FLOYD
                                          UNITED STATES DISTRICT JUDGE
                                          DISTRICT OF SOUTH CAROLINA